**Exhibit A**

Table of Last-Observed Infringements by Defendants of Combat Zone Inc's Copyright in the Motion Picture "Teen Babysitters #3," Copyright Reg. No. PA1778822

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.20.195.202 | 2012-02-06 17:03:40 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 2 | 108.20.195.225 | 2012-02-21 13:13:18 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 3 | 108.20.32.52 | 2012-03-04 12:59:11 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 4 | 108.49.106.221 | 2012-01-30 13:30:06 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 5 | 108.49.218.100 | 2012-02-01 17:50:56 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 6 | 108.49.24.17 | 2012-01-22 22:46:17 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 7 | 108.49.253.28 | 2012-01-28 11:49:59 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 8 | 108.7.217.109 | 2012-01-31 07:49:26 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 9 | 108.7.233.164 | 2012-03-23 13:32:46 -0400 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 10 | 173.48.186.66 | 2012-02-07 01:36:00 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 11 | 173.48.229.55 | 2012-01-31 08:15:22 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 12 | 173.48.64.172 | 2012-02-06 09:16:59 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 13 | 173.48.65.164 | 2012-01-22 21:09:15 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 14 | 173.76.186.109 | 2012-02-20 12:42:36 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 15 | 173.76.32.216 | 2012-01-30 21:08:45 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 16 | 173.76.83.213 | 2012-01-28 13:59:21 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 17 | 24.128.245.102 | 2012-02-22 01:13:38 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 18 | 24.128.94.15 | 2012-01-18 21:29:46 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 19 | 24.147.161.181 | 2012-03-23 15:16:23 -0400 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 20 | 24.147.205.93 | 2012-01-26 09:18:54 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 21 | 24.147.47.226 | 2012-02-09 17:14:35 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 22 | 24.181.229.112 | 2012-02-27 09:41:45 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 23 | 24.2.136.244 | 2012-03-23 00:17:04 -0400 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 24 | 24.2.176.224 | 2012-01-28 16:22:13 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 25 | 24.218.175.220 | 2012-03-25 06:21:59 -0400 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 26 | 24.34.199.30 | 2012-03-21 17:10:33 -0400 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 27 | 24.34.220.203 | 2012-03-11 04:08:57 -0400 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |

| Doe 28 | 24.34.243.217 | 2012-02-24 23:57:40 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 29 | 24.60.216.60 | 2012-03-14 12:03:26 -0400 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 30 | 24.61.76.244 | 2012-02-06 21:55:07 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 31 | 24.62.19.103 | 2012-02-03 02:21:12 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 32 | 24.62.91.130 | 2012-02-05 17:50:47 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 33 | 24.62.97.0 | 2012-02-28 19:40:22 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 34 | 24.63.29.63 | 2012-01-30 23:59:41 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 35 | 24.63.42.20 | 2012-03-11 01:37:21 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 36 | 50.133.241.86 | 2012-02-25 01:28:22 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 37 | 50.136.87.32 | 2012-01-24 05:35:53 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 38 | 65.96.151.160 | 2012-02-18 06:59:58 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 39 | 65.96.91.26 | 2012-01-27 23:49:44 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 40 | 66.189.118.169 | 2012-01-29 17:50:09 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 41 | 66.31.122.41 | 2012-02-03 14:57:43 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 42 | 66.31.220.39 | 2012-02-11 17:39:10 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 43 | 67.189.241.89 | 2012-02-10 22:18:36 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 44 | 68.239.22.143 | 2012-02-27 13:40:47 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 45 | 68.239.23.246 | 2012-02-27 15:21:07 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 46 | 68.239.24.144 | 2012-02-27 12:29:07 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 47 | 68.239.7.13 | 2012-02-27 11:43:52 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 48 | 69.193.27.41 | 2012-01-22 21:49:23 -0500 | Road Runner | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 49 | 70.22.209.175 | 2012-02-27 11:20:39 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 50 | 71.10.224.116 | 2012-01-29 19:43:14 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 51 | 71.124.180.120 | 2012-02-11 07:44:48 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 52 | 71.184.72.187 | 2012-01-27 17:50:00 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 53 | 71.192.173.155 | 2012-02-14 16:34:07 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 54 | 71.192.192.103 | 2012-01-22 15:42:47 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 55 | 71.192.204.46 | 2012-01-22 12:15:50 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 56 | 71.192.224.5 | 2012-01-23 13:42:31 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 57 | 71.232.189.223 | 2012-01-25 14:57:38 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 58 | 71.232.213.154 | 2012-02-03 04:01:29 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 59 | 71.232.223.240 | 2012-01-28 23:13:40 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 60 | 71.232.37.211 | 2012-01-25 14:37:40 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 61 | 71.234.244.207 | 2012-02-12 02:21:57 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 62 | 71.234.43.109 | 2012-01-29 05:29:43 -0500 | Comcast Cable | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 63 | 72.72.120.138 | 2012-02-27 18:10:26 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |

| Doe 64 | 72.72.127.97    | 2012-02-14 23:46:02 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 65 | 75.69.45.178    | 2012-02-11 11:30:55 -0500 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 66 | 76.118.142.109  | 2012-02-20 22:25:33 -0500 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 67 | 76.119.102.52   | 2012-03-25 05:14:58 -0400 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 68 | 76.119.173.72   | 2012-01-22 23:59:47 -0500 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 69 | 76.19.132.189   | 2012-02-02 15:09:20 -0500 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 70 | 76.19.150.153   | 2012-01-29 20:40:19 -0500 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 71 | 76.19.63.33     | 2012-01-30 21:27:31 -0500 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 72 | 76.24.144.249   | 2012-01-25 20:36:44 -0500 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 73 | 96.233.32.40    | 2012-02-17 23:59:33 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 74 | 96.237.117.221  | 2012-01-31 00:55:50 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 75 | 96.237.250.120  | 2012-03-10 23:59:54 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 76 | 97.80.126.125   | 2012-01-29 17:49:27 -0500 | CHARTER COMMUNICATIONS    | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 77 | 97.81.43.100    | 2012-03-15 16:10:43 -0400 | CHARTER COMMUNICATIONS    | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 78 | 98.118.117.34   | 2012-01-22 21:48:34 -0500 | Verizon Internet Services | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 79 | 98.216.130.111  | 2012-03-18 01:40:43 -0400 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 80 | 98.216.178.12   | 2012-01-22 21:29:06 -0500 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 81 | 98.217.11.173   | 2012-01-30 19:03:43 -0500 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 82 | 98.217.193.123  | 2012-02-20 00:42:00 -0500 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 83 | 98.229.57.188   | 2012-01-30 23:59:45 -0500 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |
| Doe 84 | 98.229.67.252   | 2012-02-09 20:03:10 -0500 | Comcast Cable             | BitTorrent | 400d48df6ae87fc81200f6c2223bbedd76c3b821 |