**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
---------------------------------------------------------------x

COMBAT ZONE CORP.,                                     No. 12-cv-30085 (MAP)

        Plaintiff,

  -against-

JOHN DOES 1-84,

        Defendants.

---------------------------------------------------------------x

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, pursuant to the annexed Affirmation of Paul Rapp and the annexed Memorandum of Law, dated July 13, 2012, and upon all pleadings and proceedings heretofore had herein, that on August, 3, 2012 or as soon as counsel can be heard, at the United States Courthouse in Springfield, Massachusetts, in the Courtroom of the Honorable Michael A Ponser, Defendant John Doe 60 will and hereby do move, for an order severing and dismissing this action with regard to Defendant John Does 2 through 84 and quashing the subpoena pending before non-party Comcast seeking the identities of the John Doe Defendants.

    **PLEASE TAKE FURTHER NOTICE**, that, pursuant to Local Rule 7.1(b)(2) this Court, answering papers, if any, are required to be filed on or before July 27, 2012.

Monterey, MA
July 13, 2012

*[signature]*

Paul C. Rapp, Esq.
Attorney for John Doe No. 60
Bar Roll Number 653838
PO Box 366
Beartown Mountain Road
Monterey, MA  01245
413.553.3189
paul@paulrapp.com

**AFFIRMATION OF SERVICE**

The undersigned states under penalty of perjury that he did cause the notice of motion to be served upon all parties that have appeared thus far in this case by filing same through the Court's electronic filing system.  The entity Comcast was also served via fax.  Both of these events occurred on July 13, 2012.

*[signature]*

Paul C. Rapp Esq.