# Paul C. Rapp, Esq.

P.O. Box 366
247 Beartown Mountain Road
Monterey, Massachusetts 01245
Licensed in New York and Massachusetts
413.553.3189
Fax: 855.222.2818
paul@paulrapp.com
www.paulrapp.com

August 13, 2012

Hon. Magistrate Judge Kenneth T. Neiman
United States District Court
Springfield, MA

　　　Re: *Combat Zone v. John Does 1-84* 3:12-cv-30085 MAP

Dear Judge Neiman:

　　　I represent Doe #60 in the above titled case. I attach for the court's review a decision that was issued Friday by Chief Magistrate Leo Sorokin in Boston Federal Court that addresses the identical issues raised in the parties' motions.

　　　I am submitting this document via the electronic filing system by which it shall be served on all appearing parties in this action.

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　　Paul C. Rapp