Attachment A

| Comcast # | IP Address | Date | Time | First | Last | Street Address | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 414825 | 24.128.122.211 | 03/09/2012 | 14:23:59 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414826 | 107.3.68.174 | 02/07/2012 | 23:14:40 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414827 | 174.62.242.186 | 02/04/2012 | 11:45:47 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414828 | 24.218.101.100 | 02/18/2012 | 03:49:21 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414829 | 24.61.63.180 | 02/11/2012 | 02:48:24 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414830 | 24.62.135.77 | 02/01/2012 | 20:30:35 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414831 | 24.62.17.72 | 02/11/2012 | 05:46:39 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414832 | 24.63.33.1 | 02/03/2012 | 12:03:30 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414833 | 24.91.60.102 | 02/19/2012 | 20:02:29 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414834 | 66.31.48.14 | 02/14/2012 | 01:50:45 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414835 | 71.192.176.46 | 02/12/2012 | 03:14:51 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414836 | 71.192.201.53 | 03/17/2012 | 14:56:34 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414837 | 71.192.234.249 | | | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414838 | | | | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414839 | 71.233.63.207 | 02/05/2012 | 05:59:51 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414840 | 71.234.43.78 | 02/02/2012 | 06:33:00 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414841 | 71.235.173.17 | 02/09/2012 | 03:52:08 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414842 | 75.67.163.77 | 02/20/2012 | 21:14:47 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414843 | 75.69.197.81 | 02/19/2012 | 05:20:08 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414845 | 76.119.236.17 | 02/15/2012 | 00:09:48 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414846 | 76.119.37.218 | 02/14/2012 | 05:59:56 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414847 | 76.24.6.100 | 03/07/2012 | 02:15:50 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414848 | 98.216.11.24 | 03/08/2012 | 04:11:51 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 414849 | 98.217.103.193 | 02/20/2012 | 03:58:56 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |
| 415289 | 24.147.57.203 | 02/17/2012 | 04:59:52 GMT | Comcast | does not have sufficient information to identify this doe defendant | | | | |