# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMBAT ZONE, INC.**, *Plaintiff*, v. **DOES 1 – 84**, *Defendants*. | CIVIL ACTION No.: 3:12-cv-30085 |

### PLAINTIFF'S DISMISSAL OF DOE #80

Plaintiff dismisses *with* prejudice Doe #80 from the above-identified action pursuant to Fed. R. Civ. P. 41(a).

\*   \*   \*

Respectfully submitted on November 25, 2012,

FOR THE PLAINTIFF:

*/Marvin Cable/*

Marvin Cable, Esq.
BBO#: 680968
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
P: (413) 268-6500
F: (413) 268-6500
E: law@marvincable.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

*/Marvin Cable/*
Marvin Cable, Esq.