UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
COMBAT ZONE, INC.,                  )
                                    )
            Plaintiff,              )
                                    )
        v.                          )   Civil Action No. 12-30085-MAP
                                    )
DOES 1-84,                          )
                                    )
            Defendants.             )
_____)

## ORDER

November 26, 2012

Boal, M.J.

      On October 4, 2012, this Court entered an order to show cause why subpoenas issued in this case should not be quashed and ordered, <u>inter</u> <u>alia</u>, that "[plaintiff], its counsel and its agents are prohibited from using in any way, including but not limited to settlement, the identities of the subscribers it has already obtained (or does obtain) as a result of the subpoena process, *except* that within three days, [plaintiff] shall serve a copy of this Order upon all of the subscribers whose identities it has learned to date (and such further subscribers, if any, it learns of in the future as a result of the already issued subpoenas)." Docket No. 64.

      On November 25, 2012, plaintiff filed a notice of voluntary dismissal with prejudice of its claims against defendant John Doe 80. Docket No. 69. Given the Court's October 4, 2012 Order, the plaintiff shall file, no later than December 10, 2012, a statement explaining the circumstances surrounding the dismissal of its claims against John Doe 80, including whether such a dismissal was the result of settlement and, if so, why such a settlement does not violate

the Court's October 4, 2012 Order.  To the extent that plaintiff's response does include any references to the terms of a settlement, it may file that portion of its submission under seal.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge