UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COMBAT ZONE, INC.** *Plaintiff,* v. **DOES 1 – 84 ,** *Defendants.* | *Case No.*: 3:12-cv-30085 |

**PLAINTIFF'S CONSOLIDATED MOTION TO CONTINUE HEARING
AND MEMORANDUM IN SUPPORT**

Now comes the Plaintiff in the above captioned matter and requests a continuance of a hearing scheduled for January 3rd to another date convenient to the Court. As reasons for the requested continuance the Plaintiff states as follows:

1. On January 3rd, Counsel for the Plaintiff is already scheduled to appear before Judge Saylor for status conferences. Third Degree Films v. Does 1 - 72, No. 1:12-cv-10760-FDS, ECF. No. 30 (D. Mass. Dec. 12, 2012); SBO Pictures v. Does 1 - 41, No. 1:12-cv-10804-FDS, ECF. No. 41 (D. Mass. Dec. 12, 2012); Third World Media, LLC v. Does 1 - 21, No. 1:12-cv-10947-FDS, ECF. No. 21 (D. Mass. Dec. 12, 2012); PW Productions, Inc. v. Does 1 - 19, No. 1:12-cv-10814-FDS, ECF. No. 24 (D. Mass. Dec. 12, 2012); Paradox Pictures v. Does 1 - 20, No. 1:12-cv-10815-FDS, ECF. No. 17 (D. Mass. Dec. 12, 2012); New Sensations, Inc. v. Does 1 - 175, No. 1:12-cv-11721-FDS, ECF. No. 13 (D. Mass. Dec. 12, 2012).

2. Even so, Counsel has contacted Judge Saylor's clerk to reschedule the above mentioned hearings to another date. Counsel has tried to re-schedule conflicts for that date during this last week but has been unsuccessful. The date, all-together, is not a feasible date for Counsel. Plans were made months ago for this date and involve multiple parties (not to mention January 3rd is Counsel's 30th birthday).

    3.    Additionally, considering the case load of Counsel, and the amount of time it would take to prepare for Judge Saylor's status conference (if not rescheduled), Counsel may not have reasonable amount of time to prepare for both hearings.

    4.    Counsel and Plaintiff have every intention of resolving the matter set for the hearing.

WHEREFORE, the Plaintiff asks the hearing be continued to any date after the first week in January, 2013.

*Dated*: December 20, 2012

Respectfully submitted,

*/Marvin Cable/*
Marvin Cable, BBO#: 680968
Law Offices of Marvin Cable
P.O. Box 1630
Northampton, MA 01061
E: law@marvincable.com
P: (413) 268-6500
F: (888) 691-9850

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

*/Marvin Cable/*
Marvin Cable, Esq.

## DECLARATION OF PLAINTIFF'S COUNSEL

I, Marvin Cable, counsel for the above-captioned Plaintiff declare under penalty of perjury that the above statements are true, and tried in good-faith to resolve scheduling conflicts for the January 3rd date.

*Dated*: December 20, 2012

Marvin Cable, Esq.