# Paul C. Rapp, Esq.
P.O. Box 366
247 Beartown Mountain Road
Monterey, Massachusetts 01245
Licensed in New York and Massachusetts
413.553.3189
Fax: 855.222.2818
paul@paulrapp.com
www.paulrapp.com

December 27, 2012

Hon. Jennifer C. Boal
United States District Court
Boston, MA

    Re: *Combat Zone v. John Does 1-84* 3:12-cv-30085 MAP

Dear Judge Boal:

    I represent Doe #60 in the above titled case. I write to request that I be allowed to participate telephonically in the status conference in this matter scheduled for January 10, 2013 in the Boston Courthouse. My office is located in the Berkshires, two-plus hours away, and traveling this distance for a status conference would cause both my client and myself considerable hardship. I suspect that most of the issues involve Plaintiff's attorney and the Court, and that my active participation in the conference would be limited. However, I feel the case is at a critical juncture and am keenly interested in monitoring the proceeding and to participate if necessary to protect my client's interests.

    I am submitting this document via the electronic filing system by which it shall be served on all appearing parties in this action.

Very truly yours,

Paul C. Rapp