# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

COMBAT ZONE, INC.,

      *Plaintiff,*

   v.

**DOES 1 – 84,**

      *Defendants.*

*Case No.:* **3:12-cv-30085-MAP**

## AFFIDAVIT OF MARVIN CABLE, ESQ.,
## CERTIFYING COMPLIANCE WITH ORDER

I, Marvin Cable, Esq., declare the following under pains of perjury :

   *1.* I am an attorney at law duly admitted to practice before this Honorable Court, and am counsel of record for Plaintiff, Combat Zone, Inc.

   *2.* I write this affidavit in response to Order of this Court (ECF No. 79, February 20, 2013), in which Court ordered an affidavit be submitted to certify compliance with Order.

   *3.* I certify that I have complied with Court's Order.

Signed: _____

/s/ Marvin Cable, BBO#: 680968
ATTORNEY FOR PLAINTIFF

SWORN TO AND SUBSCRIBED BEFORE ME on this 13th day of

March 2013 _____.

(SEAL)

Bonnie DiCola _____
Notary Public

My commission expires: 11/4/2016

BONNIE L. DICOLA
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov. 4, 2016